FILED
Date: 06/06/23
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 5:23-cr-56-JA-PRL
                                                21 U.S.C. § 841(a)(1)
DUDZINSKI EDWINN POOLE,
  a/k/a "Zinc," a/k/a "Munyun,"                 **SEALED**
  a/k/a "Dirty," a/k/a "Bruh,"
  a/k/a "King Shackster," a/k/a "King Shyster"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 8, 2018, in the Middle District of Florida, the defendant,

**DUDZINSKI EDWINN POOLE,**
a/k/a "Zinc," a/k/a "Munyun,"
a/k/a "Dirty," a/k/a "Bruh,"
a/k/a "King Shackster," a/k/a "King Shyster,"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

## COUNT TWO

On or about July 9, 2018, in the Middle District of Florida, the defendant,

**DUDZINSKI EDWINN POOLE,**
a/k/a "Zinc," a/k/a "Munyun,"
a/k/a "Dirty," a/k/a "Bruh,"
a/k/a "King Shackster," a/k/a "King Shyster,"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Tyrie K. Boyer
Assistant United States Attorney

By: _____
Belkis Crockett
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
June 23

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

DUDZINSKI EDWINN POOLE,
a/k/a "Zinc," a/k/a "Munyun,"
a/k/a "Dirty," a/k/a "Bruh,"
a/k/a "King Shackster," a/k/a "King Shyster"

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1) — Two Counts

A true bill,



Foreperson

Filed in open court this 6th day of June 2023.

_____
Clerk

Bail $_____